IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

LESLIE SUMMERS                                                                                    PLAINTIFF

v.                                        No. 2:15-cv-158-DPM

CITY OF FORREST CITY, ARKANSAS;
FORREST CITY POLICE DEPARTMENT;
JAMES TUCKER, Sergeant, Individually and
in His Official Capacity; RONNIE QUINN,
Officer, Individually and in His Official
Capacity; ERIC McCOY, Sergeant, Individually
and in His Official Capacity; APRIL WILLIAMS,
Officer, Individually and in Her Official Capacity;
HALL, Officer, Individually and in Her Official
Capacity; JOHN DOES, 1-5, Representing those
Individuals and/or Entities Exercising Control Over
plaintiff at the Forrest City Police Department and Jail, 6-10
Representing the Liability Insurance Carriers                    DEFENDANTS

ORDER

Unopposed motion, № 4, granted. The police department can't be sued because it's not separate from Forrest City. *Ketchum v. City of West Memphis, Arkansas*, 974 F.2d 81, 82 (8th Cir. 1992).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 October 2015