IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

LESLIE SUMMERS                                                    PLAINTIFF

v.                          No. 2:15-cv-158-DPM

CITY OF FOREST CITY, ARKANSAS;
FORREST CITY POLICE DEPARTMENT;
JAMES TUCKER, Sergeant; RONNIE QUINN,
Officer; ERIC McCOY, Sergeant; APRIL
WILLIAMS, Officer; MARJORIE HALL-REED,
Officer, all individually and in their official
capacities; and JOHN DOES, 1–5, representing those
individuals and/or entities exercising control
over plaintiff at the Forrest City Police
Department and Jail, 6–10 representing the
liability insurance carrier(s)                                   DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.


_____
D.P. Marshall Jr.
United States District Judge

19 January 2017